UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANWEN WU,<br><br>                              Plaintiff(s),<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>                              Defendant(s). | 23-CV-6698 (DEH)<br><br>**REASSIGNMENT & ORDER** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Additionally, by **November 17, 2023**, the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by **December 8, 2023**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **December 15, 2023**, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

    SO ORDERED.

Dated: October 24, 2023
       New York, New York

                                                      DALE E. HO
                                                      United States District Judge