UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANWEN WU,<br><br>                              Plaintiff(s),<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>                              Defendant(s). | 23-CV-6698 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 24, 2023, the Court directed Plaintiff to file a memorandum of law in support of Plaintiff's request for a writ of mandamus by November 17, 2023. ECF No. 28. That submission is now overdue. Accordingly, by November 30, 2023, Plaintiff shall file the memorandum.

SO ORDERED.

Dated: November 20, 2023
       New York, New York

_____
DALE E. HO
United States District Judge